IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JERALD DEON CONEY | § | |
| | § | |
| VS. | § | ACTION NO. 4:26-CV-318-Y |
| | § | |
| TJX COMPANIES, INC., ET AL. | § | |

| | | |
|---|---|---|
| JERALD DEON CONEY | § | |
| | § | |
| VS. | § | ACTION NO. 4:26-CV-713-Y |
| | § | |
| WORKERS UNITED SOUTHWEST, | § | |
| REGIONAL JOINT BOARD, ET AL. | § | |

CONSOLIDATING CASES AND ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has reviewed the relevant facts and applicable law in the above-styled and -numbered actions. Further, the Court has reviewed the findings, conclusions, and recommendations of United States Magistrate Judge Hal R. Ray Jr. (No. 4:26-CV-318-Y, doc. 34). To promote efficiency, preserve judicial resources, and serve the interests of justice, the Court orders as follows.

The Court **ACCEPTS** Judge Ray's findings, conclusions, and recommendations.

Further, the Court **CONSOLIDATES** *Coney v. Workers United Southwest Regional Joint Board*, Civil Action No. 4:26-CV-713-Y, with *Coney v. TJX Companies, Inc.*, Civil Action No. 4:26-CV-318-Y. See Fed. R. Civ. P. 42(a) (allowing courts to consolidate separate

actions if the "actions before the court involve a common question of law or fact").

Further, the Court **DIRECTS** the clerk of the Court to administratively close case no. 4:26-CV-713-Y.

Further, the Court **DIRECTS** the parties to file all future pleadings, motions, and other documents in case no. 4:26-CV-318-Y with the legend "(Consolidated with Civil Action No. 4:26-CV-713-Y)", as provided in Local Civil Rule 42.1.

SIGNED November 12, 2026.

Terry R. Means

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE