IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JERALD DEON CONEY | § | |
| | § | |
| | § | ACTION NO. 4:26-CV-318-Y |
| V. | § | |
| | § | |
| | § | |
| TJX COMPANIES, INC., ET AL. | § | |

ORDER STAYING DEADLINES

Having consolidated Civil Action No. 4:26-CV-318-Y and Civil Action No. 4:26-CV-713-Y, the Court **STAYS** all pending deadlines until the Court issues a new scheduling order.

SIGNED November 13, 2026.

Terry R. Means

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE