IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JERALD DEON CONEY | § | |
| | § | |
| v. | § | ACTION NO. 4:26-CV-318-Y |
| | § | (ACTION NO. 4:26-CV-713-Y) |
| TJX COMPANIES, INC., ET AL. | § | |

ORDER SETTING DEADLINE FOR CERTAIN DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S OPERATIVE PLEADING

In this order, the Court will direct certain Defendants to respond to Plaintiff's operative complaint within twenty-one days of this order's issuance.

On November 12, 2026, the Court merged Civil Action No. 4:26-CV-713-Y into Civil Action Number 4:26-CV-318-Y. (Doc. 40.) At that time, the later action had an outstanding scheduling order (doc. 30), but no scheduling order existed in the former action. On November 13, 2026, the Court stayed all deadlines pending the issuance of a new scheduling order (see doc. 41).

After reviewing the relevant materials, the Court has determined that it cannot issue a scheduling order until the defendants in case no. 4:26-CV-713-Y answer or otherwise respond to Plaintiff's operative complaint. Therefore, the Court **DIRECTS** all defendants who have appeared or been properly served, but who have not answered or otherwise responded to Plaintiff's operative complaint, to answer or otherwise respond to that complaint **no later than twenty-one days from this order's issuance.**

SIGNED November 19, 2026.

Terry R. Means

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE